STEVEN L. DAY, ESQ.
Nevada Bar No. 3708
JAMES R. NANCE, ESQ.
Nevada Bar No.
DAY & NANCE
1060 Wigwam Parkway
Henderson, NV  89074
Tel (702) 309-3333
Fax (702) 309-1085
sday@daynance.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANN T. HARTMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD LEWIS, FINANCIAL INDEPENDENCE GROUP, LPL FINANCIAL, LLC, and DOES I through X, inclusive,<br><br>        Defendants. | CASE NO. 2:13-cv-01835 |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(1)(A)(i), no responsive pleading having been filed by the Defendants, Defendants RICHARD LEWIS, FINANCIAL INDEPENDENCE GROUP, LPL FINANCIAL, LLC, are hereby voluntarily dismissed without prejudice and the Judge of

. . .

. . .

. . .

. . .

W:\Master\690713\Voluntary Dismissal.11.1.13.wpd

the above-entitled court is hereby requested to enter a dismissal in said action.

DATED this 1st day of November, 2013.

DAY & NANCE

_____
STEVEN L. DAY, ESQ.
Nevada Bar No. 3708
1060 Wigwam Parkway
Henderson, NV  89074
*Attorneys for Plaintiff*